1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DELANIOUS A. WARD,                          No.  2:14-cv-2861 KJN P

12                   Petitioner,

13        v.                                     ORDER

14   THE PEOPLE,

15                   Respondent.

16

17        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  On March 25, 2015, the undersigned dismissed this action

19   on grounds that none of the claims were exhausted.  (ECF No. 12.)  In this order, the undersigned

20   observed that none of these claims raised by petitioner had been presented to the California

21   Supreme Court.  (Id.)

22        On April 10, 2015, petitioner filed a letter with the court stating that he does not know

23   how to proceed.  (ECF No. 14.)  Petitioner states that he does not know if he has to "go back" to

24   the state Supreme Court.  (Id.)

25        As discussed in the March 25, 2015 order, petitioner is required to exhaust state court

26   remedies as to all of his claims before filing a federal petition.  In order to exhaust state court

27   remedies, petitioner is required to present his claims to the California Supreme Court.  The

28   ////

1

1    undersigned cannot provide petitioner with any further legal advice regarding how to proceed

2    with his claims.

3         IT IS SO ORDERED.

4    Dated:  April 23, 2015

5

6                                        KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

7

8    Ward2861.cla

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2